Ella A. Sabin, Respondent, v. The Grand Lodge of the A. O. U. W., Appellant. — Judgment reversed, and new trial ordered before another

## First Department, January Term, 1887.

referee, costs of this appeal to abide the final award of costs. Opinion by Bradley, J. Haight and Angle, JJ., concur upon the last ground stated in the opinion, without expressing any opinion upon the preceding one discussed therein. Childs, J., not sitting.